# United States District Court
## Northern District of New York

## JUDGMENT IN A CIVIL CASE

**SYNNEX CORPORATION**

          **V.**          **CASE NUMBER: 6:05-CV-786(FJS/GJD)**

**COMPUTER SPECIALISTS, INC.;**
**et al.**

**[ ]**    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**[XX]**    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of Plaintiff against Defendant COMPUTER SPECIALISTS, INC., in the amount of $106,828.78 pursuant to the Stipulation and Order of the Hon. Gustave J. DiBianco filed on December 19, 2005.


DATED:    December 21, 2005

                                                */s/ Lawrence K. Baerman*
                                                Clerk of Court

LKB:lmp